NO. 07-03-0231-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

MARCH 15, 2004

_____

HENRY F. SMITH AND KRONGTHONG SMITH, APPELLANTS

V.

BRUCE R. MCALISTER AND SHIRLEY MCALISTER, APPELLEES

_____

FROM THE 411TH DISTRICT COURT OF POLK COUNTY;

NO. 17,388; HONORABLE ROBERT H. TRAPP, JUDGE

_____

Before JOHNSON, C.J., and REAVIS and CAMPBELL, JJ.

**MEMORANDUM OPINION**

Appellants Henry F. Smith and Krongthong Smith filed a Motion to Dismiss Appeal on March 1, 2004.

No decision of this Court having been delivered to date, we grant the motion. Accordingly, the appeal is dismissed. No motion for rehearing will be entertained and our

mandate will issue forthwith.  Tex. R. App. P. 42.1.   All costs are assessed to appellants.


James T. Campbell
Justice